UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:10-CR-00374(1)-PRM |
| | § | |
| (1) OSWALDO KUCHLE-LOPEZ | § | |

## ORDER RESETTING DOCKET CALL

  IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **DOCKET CALL** in Courtroom 2, on the First Floor of the United States Courthouse, 511 E. San Antonio, El Paso, TX, on **Monday, May 17, 2010 at 08:00 AM**.

  IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

  IT IS SO ORDERED this 21st day of April, 2010.

_____
PHILIP R MARTINEZ
UNITED STATES DISTRICT JUDGE